**Order entered January 22, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01185-CV

### DIANE WHITLEY LEE, Appellant

### V.

### MARY BETH BROOKS ABBOTT, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-01198-E**

## ORDER

Before the Court is appellant's January 17, 2019 motion to extend time to file an amended brief. Appellant, who is pro se, explains the extension is necessary because she is in the process of hiring an attorney.

We **GRANT** the motion and **ORDER** the brief be filed no later than February 26, 2019.

/s/     BILL WHITEHILL
        JUSTICE